FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, A Municipal Corporation, Plaintiff-Appellee, v. WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A., Defendants-Appellants. | No. 19-15169 D.C. No. 3:15-cv-04321-EMC Northern District of California, San Francisco **ORDER** |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judges Christen, Watford, Owens, Friedland, Bennett, and Collins did not participate in the deliberations or vote in this case.